[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-12736
Non-Argument Calendar
_____

D.C. Docket No. 6:00-cr-00059-CEM-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EMMANUEL JIMMY SAINT-NATTIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 11, 2021)

Before WILSON, LUCK and FAY, Circuit Judges.

PER CURIAM:

Charles Taylor, appointed counsel for Emmanuel Saint-Nattis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Saint-Nattis's sentence is **AFFIRMED**.